UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRANGE SUPPLY CO. INC. OF PULLMAN and DIVINE CORPORATION,<br><br>        Plaintiffs,<br><br>     v.<br><br>CHS INC.,<br><br>        Defendant. | NO. CV-09-359-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

On November 8, 2010, the parties filed a Stipulated Motion for Dismissal with Prejudice. (ECF No. 59.) Based on the parties' motion, **IT IS HEREBY ORDERED:**

    1. Plaintiff's Complaint **(ECF No. 1)** is **DISMISSED with prejudice** and without fees and costs to any party.

    2. This file shall be closed.

    3. All pending motions are **DENIED** as moot. All hearings are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this   8th   day of November 2010.

                                  S/ Edward F. Shea
                                  EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2009\359.Volunt.Dismiss.wpd

ORDER ~ 1